# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

Clifford W. Taylor,
Chief Justice

134524

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 134524
                                      COA: 278160
                                      Oakland CC: 06-208142-FH;
                                      06-208581-FH; 06-208289-FC;
                                      06-208344-FH

JAVONTA PIERRE WALKER,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008                                    
                                               Clerk

p0117